FILED
2010 Jun-28  PM 03:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NATIONAL CITY COMMERCIAL ) <br> CAPITAL COMPANY, LLC, etc., ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> OLD IRON DOORS, LLC, et al., ) <br> ) <br> Defendants ) | Case No.  2:09-cv-02091-LSC |

## MEMORANDUM OPINION

On May 20, 2010, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by either the plaintiff or the defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge. Therefore, the court finds that a default judgment is due to be entered in favor of PNCEF, LLC d/b/a PNC Equipment Finance f/k/a National City Commercial Capital

Company, LLC, as successor by merger of National City Commercial Capital Company, and against Old Iron Doors, LLC, and Eduardo Cuneo, separately and severally, upon which execution may levy, for $141,161.07, plus a reasonable attorney fee of $21,174.16, for a total judgment of $162,335.23.

A separate final judgment in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

Done this <u>28th</u> day of <u>June 2010</u>.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
**153671**